BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
GRANT RABENN
Assistant United States Attorneys
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>VINCENT GRAVES,<br>HERMAN GRAVES,<br>DAMONE KELLEY,  and<br>CATATEA JAMES,<br><br>　　　　　　　Defendants. | 1:12-cr-0038 AWI<br><br>STIPULATION REGARDING CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT, FORM AMENDMENT TO INDICTMENT; FINDINGS AND ORDER |

**STIPULATION RE: CONTINUANCE**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on April 2, 2013, at 8:30 a.m. and trial confirmation on March 18, 2013, at 10 a.m.

2. By this stipulation, the parties now move to continue the trial to May 14, 2013, at 8:30 a.m. and trial confirmation on  April 29, 2013, at 10:00 a.m. and to exclude time between December 10, 2012, and January 28, 2013.  It is further requested that the date for filing in limine motions be continued from March 4 to April 15 and the filing of any responses to in limine motions

1

be continued from March 12 to April 23.

3. The parties agree and stipulate, and request that the Court find the following:

a. Counsel for the government and defendant James have unanticipated conflicts and are not available for trial until May 14.

b. Counsel for the government and the defendants believe that failure to grant the above-requested continuance would deny them availability of counsel and reasonable time necessary for effective resolution/preparation, taking into account the exercise of due diligence.

c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 2, 2013, to May 14, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at the request of counsel for the government and defense on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and would ensure continuity of counsel.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**STIPULATION RE: CONTINUANCE**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, further stipulate as follows:

1. The Indictment contains a misnumbering of counts starting at count seven which contains a table identifying counts starting with count eight. The parties agree that the table

2

contained in count seven should be amended to show the first count in the table should be count seven and agree that the counts referenced thereafter should be amended to be consecutively numbered..

    3.    The parties agree and stipulate, and request that the Court find that the stipulated amendment is an amendment as to form and therefore does not require presentment to a grand jury and therefore the Court should so amend the Indictment.

As to each of the two stipulations set forth above,

IT IS SO STIPULATED.

DATED:	January 25, 2013.	Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney
GRANT RABENN
Assistant United States Attorney

/s/ Karen A. Escobar_____
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:	January 25. 2013.

/s/ John Garland_____
JOHN GARLAND
Counsel for Defendant Vincent Graves

DATED:	January 25. 2013.

/s/ Daniel Harralson
DANIEL HARRALSON
Counsel for Defendant Herman Graves

DATED:	January 25. 2013.

/s/ Carl Faller_____
CARL FALLER
Counsel for Defendant Damone Kelley

DATED:	January 25, 2013.

/s/ Anthony Capozzi_____
ANTHONY CAPOZZI
Counsel for Defendant Catatea James

3

**O R D E R**

IT IS SO ORDERED.

Dated: January 28, 2013

_____
SENIOR DISTRICT JUDGE