BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
GRANT RABENN
Assistant United States Attorneys
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-cr-0038 AWI |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; [PROPOSED] ORDER |
| v. | |
| VINCENT GRAVES, HERMAN GRAVES, DAMONE KELLEY,  and CATATEA JAMES, | |
| Defendants. | |

**STIPULATION RE: CONTINUANCE**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for the filing of motions in limine on March 4 and responses to any motions in limine on March 12, 2013.

2.      By this stipulation, in light of the continued trial date, the parties now move to continue the filing of motions in limine to April 3 and the filing of any responses to April 17 and agree to keep the current trial confirmation date/ hearing on in limine motions of April 29 at 10 a.m.

////

1

IT IS SO STIPULATED.

DATED:        February 20, 2013.          Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney
GRANT RABENN
Assistant United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:        February 20, 2013.

/s/ John Garland
JOHN GARLAND
Counsel for Defendant Vincent Graves

DATED:        February 20, 2013.

/s/ Daniel Harralson
DANIEL HARRALSON
Counsel for Defendant Herman Graves

DATED:        February 20, 2013.

/s/ Carl Faller
CARL FALLER
Counsel for Defendant Damone Kelley

DATED:        February 20, 2013.

/s/ Anthony Capozzi
ANTHONY CAPOZZI
Counsel for Defendant Catatea James

IT IS SO ORDERED.

Dated:  February 20, 2013

SENIOR  DISTRICT  JUDGE